Doc#: 6711 Bk:34649 Pg: 218

## Quitclaim Assignment

WHEREAS, United Wholesale Mortgage, is identified as the "Lender" on a certain mortgage executed by Mark A. Hoglund, and bearing the date of July 22, 2009, securing the property located at 32 Park Road, Windham, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in Book 27116, Page 144 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

United Wholesale Mortgage

_____
Bill Trainor
Associate General Counsel

STATE OF Michigan
COUNTY OF Oakland

Subscribed before me, on January 26, 2018, by Bill Trainor as Associate General Counsel. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____
Notary Public
My Commission expires: 4/11/2021

DEBRAH A. MILLER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Apr 11, 2021
ACTING IN COUNTY OF Oakland

Received
Recorded Register of Deeds
Feb 12,2018 10:52:22A
Cumberland County
Nancy A. Lane


EXHIBIT H