UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:18-cv-00386-JDL |
| **Plaintiff** | |
| **vs.** | **RE:**<br>**32 Park Road, Windham, ME 04062** |
| Mark A. Hoglund | **Mortgage:**<br>**July 22, 2009**<br>**Book 27116, Page 144** |
| **Defendant** | |

## PLAINTIFF'S WITNESS LIST

The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, hereby designates the following witnesses for trial:

1.  Tonya Tillman, Caliber Home Loans, Inc., servicer and holder of the note for Plaintiff and counsel of record.

2.  Defendant, Mark A. Hoglund.


Dated:  January 6, 2020

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670

**CERTIFICATE OF SERVICE**

I, Reneau J. Longoria, Esq., hereby certify that on January 6, 2020, I served a copy of the

above and attached document by electronic notification using the CM/ECF system to the following:

/s/Reneau J. Longoria, Esq.
/s/John A. Doonan, Esq.

**SERVICE LIST**

Mark A. Hoglund
32 Park Road
Windham, ME 04062