UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>Plaintiff<br><br>v.<br><br>MARK A. HOGLUND<br><br>Defendant | 2020 JAN 16 A 11: 31<br><br><br><br>2:18-cv-00386-JDL |

## JUDGMENT OF FORECLOSURE AND SALE

**Address: 32 Park Road, Windham, ME 04062**
**Mortgage: July 22, 2009, Book: 27116, Page:144**

This matter came before the Court for a testimonial hearing on the trial held on January 16, 2020. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, was present and represented by Reneau J. Longoria, Esq. Defendant, Mark A. Hoglund, did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. Count II - Breach of Note, Count III - Breach of Contract, Money Had and Received, Count IV - Quantum Meruit, and Count V - Unjust Enrichment are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($327,726.15) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith

discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $216,173.01 |
| Interest | $72,816.28 |
| Late Charges | $997.31 |
| Escrow Advances | $37,739.55 |
| **Grand Total** | **$327,726.15** |

2. The prejudgment interest rate is 5.5%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

3. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($327,726.15) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the Windham Property shall terminate, U.S. Bank shall conduct a public sale of the Windham Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $327,726.15 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

4. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5. The amount due and owing is $327,726.15.

6. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $327,726.15, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Mark A. Hoglund<br>32 Park Road<br>Windham, ME 04062 | Pro Se |

a) The docket number of this case is No. 2:18-cv-00386-JDL.

b) The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 32 Park Road, Windham, ME 04062, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 32 Park Road, Windham, ME 04062. The Mortgage was executed by the Defendant on July 22, 2009. The book and page number of the Mortgage in the Cumberland County Registry of Deeds is Book 27116, Page 144.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 32 Park Road, Windham, ME 04062.

**SO ORDERED**

**DATED THIS** 16TH **DAY OF** January, 2020

_____
**U.S. DISTRICT JUDGE**